# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 349 MAL 2015
                                :
           Petitioner   :
                                :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
        v.                    :
                                :
                                :
AARON DELMAR RASCOE,            :
                                :
           Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.